# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Brescia v. Edens-Huff | CAAP–11–0000013 | 05/22/2015 | Affirmed |
| Lui-Dyball v. Hawaiian Homes Com'n | CAAP–12–0000572 | 05/29/2015 | Reversed |
| Ford Motor Credit Co. v. Baker | CAAP–12–0000502 | 05/29/2015 | Vacated and Affirmed/ Vacated and Remanded |
| State v. Presas | CAAP–13–0002508 | 05/29/2015 | Affirmed |
| Uy v. Spencer Homes, Inc. | CAAP–13–0005758 | 05/29/2015 | Vacated and Affirmed/ Affirmed |